IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMMY J. GATES,

        Plaintiff,                                      ORDER

  v.                                        00-cv-129-jcs
                                                00-cv-487-jcs

PETER HUIBREGTSE *et al*.,                        02-cv-163-jcs
                                                03-cv-053-jcs

        Defendants.

Sammy J. Gates was an individual plaintiff in four cases in this district: 00-cv-129, 00-cv-487, 02-cv-163, and 03-cv-53.  These cases were closed more than 20 years ago.  Gates has filed a motion in each case to expunge balances of federal court filing fees that followed him back into prison when he was reincarcerated at Wisconsin Secure Program Facility.  According to Gates, WSPF is illegally implementing the *in forma pauperis* statute, 28 U.S.C. § 1915(b)(2), and his account has been illegally frozen on this court's orders.

Gates' motions will be DENIED.  The balances in question are the unpaid balances of filing fees for the cases referenced above.  Gates says the balances were not there when he was out of prison, and then suddenly, upon his return, there they were.  In fact, the balances were always there.  They never expired.  The *in forma pauperis* statute makes no exception for old cases.  Instead, it simply says, "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee."  28 U.S.C. 1915(b)(1).  The Seventh Circuit has also addressed this question, and they, too, have clearly stated that a prisoner must pay the full amount of any fees: "Section 1915(b)(1) says that prisoners are liable for the full fees, but so is every other person who proceeds *in forma pauperis*; all § 1915(a) does for any litigant is excuse the *pre*-payment of fees." *Robbins v. Switzer*, 104 F.3d 895, 898  (7th Cir. 1997).  "Unsuccessful litigants are liable for fees and

costs and must pay when they are able." *Id*. "Under the [Prison Litigation Reform] Act, release does not eliminate an obligation that could and should have been met from the trust account while imprisonment continued." *Id*. at 899.

ORDER

IT IS ORDERED that Sammy J. Gates' motions to expunge outstanding balances of federal court filing fees in Case Nos. 00-cv-129, 00-cv-487, 02-cv-163, and 03-cv-53 are DENIED.

Entered this 1st day of April, 2026.

BY THE COURT:

s/
_____
ANDREW WISEMAN
Magistrate Judge